1010

**DYNO NOBEL INC., Plaintiff–Appellant,**

v.

**LDE CORPORATION, Defendant–Appellee.**

No. 04–1467.

United States Court of Appeals, Federal Circuit.

April 7, 2005.

Before MICHEL, Chief Judge, RADER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re SMARTMONEY.**

**BENEFICIAL FRANCHISE COMPANY, INC.,**
Appellant,

v.

**Smartmoney, Appellee.**

No. 04–1385.

United States Court of Appeals, Federal Circuit.

April 7, 2005.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.